UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                           :
TORY LENZO,                                                :
                                                           :
                        Plaintiff,                         :
                                                           :
            -v-                                            :              21-CV-0306 (JMF)
                                                           :
CITY OF NEW YORK,                                          :                  ORDER
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On February 22, 2021, Plaintiff filed a motion for default judgment against the City of
New York for having failed to answer or otherwise respond to Plaintiff's complaint.  ECF No.
15.  Under Local Civil Rule 83.10, however, the deadline for the City to answer or otherwise
respond to Plaintiff's complaint has not yet passed.   Accordingly, Plaintiff's motion is DENIED.

        In error, the Court entered a scheduling order with respect to Plaintiff's default judgment
motion.  ECF No. 16.  That Order is hereby VACATED (although the Clerk of Court of Court
need not remove it from ECF).  The Clerk of Court is further directed to terminate ECF No. 15.

        SO ORDERED.

Dated: February 23, 2021                        _____
       New York, New York                                JESSE M. FURMAN
                                                       United States District Judge