UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TORY LENZO,

                Plaintiff,

                21-CV-0306 (JMF)

      -v-

                ORDER

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court advises that Plaintiff Tory Lenzo — who is represented by counsel in these proceedings — has directly submitted various documents to the Court's *Pro Se* Intake Unit, ostensibly to be docketed, including a document titled "Notice of Pro Se Appearance." As long as Mr. Lenzo is represented by counsel in these proceedings, he may submit filings only through his counsel. Furthermore, his counsel remains counsel of record unless and until the Court grants leave for counsel to withdraw pursuant to Local Civil Rule 1.4. In light of the foregoing, the Court will not take any action on any purported *pro se* filings received directly from Mr. Lenzo unless and until counsel is granted leave to withdraw. Counsel is directed to share a copy of this Order with Mr. Lenzo.

       SO ORDERED.

Dated: April 6, 2021
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge