UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TORY LENZO,                                                             :
                                                                        :
                            Plaintiff,                                  :
                                                                        :     21-CV-0306 (JMF)
              -v-                                                       :
                                                                        :     ORDER
CITY OF NEW YORK,                                                       :
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court issued an Order on April 6, 2021 advising Plaintiff Tory Lenzo that as long as he is represented by counsel, "he may submit filings only through his counsel." ECF No. 18. On April 8, 2021, the Court received a voicemail from Mr. Lenzo in which he indicated that he had "problems" with his counsel and the he wishes to submit "evidence" to be docketed through the Court's *Pro Se* Intake Unit. The Court advises Mr. Lenzo that he may not engage in *ex parte* communications (that is, communications excluding defense counsel) with the Court. Moreover, so long as he is represented by counsel, as a general matter, he may communicate with the Court only through his counsel. Unless and until the Court grants his current counsel leave to withdraw, the Court will not take any action on communications from Mr. Lenzo himself. Counsel is directed to promptly share a copy of this Order with Mr. Lenzo and to discuss with Mr. Lenzo the status of his representation.

      SO ORDERED.

Dated: April 8, 2021
      New York, New York
                                                               JESSE M. FURMAN
                                                              United States District Judge