UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                    :
TORY LENZO,                                         :
                                                    :
                          Plaintiff,                :           21-CV-0306 (JMF)
                                                    :
            -v-                                     :           ORDER
                                                    :
CITY OF NEW YORK,                                   :
                                                    :
                          Defendant.                :
                                                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 27, Defendant's earlier motion to dismiss filed at Docket No. 21 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **August 31, 2021**.  Defendant's reply, if any, is due by **September 7, 2021**.

      The Clerk of Court is directed to terminate Docket No. 21.

      SO ORDERED.

Dated: August 20, 2021
      New York, New York
                                 JESSE M. FURMAN
                             United States District Judge